EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In Re:<br><br>Sesión Especial del Tribunal Supremo de Puerto Rico sobre el Proyecto de Reglas de Procedimiento Criminal de 2018 | 2019 TSPR 66<br><br>202 DPR \_\_\_\_ |

Número del Caso: ER-2019-02-A
                 ER-2019-02

Fecha: 10 de abril de 2019
        8 de marzo de 2019

Materia: Resolución del Tribunal

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*In re:*

Sesión Especial del Tribunal
Supremo de Puerto Rico sobre el
Proyecto de Reglas de
Procedimiento Criminal de 2018

ER-2019-02A

RESOLUCIÓN

En San Juan, Puerto Rico, a 10 de abril de 2019.

Mediante Resolución de 8 de marzo de 2019, ER-2019-02, este Tribunal Supremo convocó una Sesión Especial a celebrarse el viernes, 7 de junio de 2019, para la discusión y el estudio del Proyecto de Reglas de Procedimiento Criminal presentado por el Comité Asesor Permanente de Reglas de Procedimiento Criminal (Comité Asesor) el 30 de noviembre de 2018.[1]

Originalmente, se estableció que la Sesión Especial se celebraría en el Centro de Convenciones de Puerto Rico. Mediante la presente Resolución se actualiza la información relacionada a la sede de la Sesión Especial, la cual tomará lugar en el Hotel Condado Plaza bajo la misma agenda y horario.

Se instruye a la Lcda. Verónica N. Vélez Acevedo, Directora del Secretariado de la Conferencia Judicial y Notarial (Secretariado), a

---

[1] *In re Sesión Especial del Tribunal Supremo de Puerto Rico sobre el Proyecto de Reglas de Procedimiento Criminal de 2018*, ER-2019-02, Resolución de 8 de marzo de 2019.

que procure la divulgación de este cambio de sede a todos los sectores convocados. A estos efectos, contará con el apoyo de la Oficina de Prensa de la Oficina de Administración de los Tribunales.

Notifíquese a los y las miembros del Comité Asesor; al Director Administrativo de los Tribunales; a la Directora del Secretariado; al Director de la Oficina de Prensa de la OAT; a la Secretaria de Justicia; al Director Ejecutivo de la Sociedad para Asistencia Legal; a los Presidentes de la Asociación de Abogados de Puerto Rico y del Colegio de Abogados y Abogadas de Puerto Rico, y a los Decanos y la Decana de las escuelas y facultades de Derecho de Puerto Rico.

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.


                                    José Ignacio Campos Pérez
                                 Secretario del Tribunal Supremo

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*In re*:

Sesión Especial del Tribunal    ER-2019-02
Supremo de Puerto Rico sobre el
Proyecto de Reglas de
Procedimiento Criminal de 2018


RESOLUCIÓN


En San Juan, Puerto Rico, a 8 de marzo de 2019.

Mediante Resolución de 2 de febrero de 2017, EC-2017-01, este Tribunal Supremo reconstituyó al Comité Asesor Permanente de Reglas de Procedimiento Criminal (Comité Asesor), adscrito al Secretariado de la Conferencia Judicial y Notarial (Secretariado), con el propósito de actualizar el Informe de Reglas de Procedimiento Penal presentado en diciembre de 2008. In re Comité Rs. Proc. Criminal, 197 DPR 287 (2017). Ello, a la luz de las enmiendas incorporadas desde entonces a las Reglas de Procedimiento Criminal vigentes y al desarrollo jurisprudencial en cuanto a este particular. Íd., pág. 288.

En cumplimiento con su encomienda, el 30 de noviembre de 2018 el Comité Asesor, con el apoyo del Secretariado, hizo la entrega formal de su Informe de Reglas de Procedimiento Criminal actualizado (Informe de Reglas). El Informe de Reglas incluyó un Proyecto de Reglas de Procedimiento Criminal (Proyecto de Reglas) para la consideración y aprobación de este Tribunal.

Recibido el Informe de Reglas, nos corresponde analizar las recomendaciones presentadas por el Comité Asesor. A los fines de que la comunidad jurídica pueda examinar

su contenido, autorizamos al Secretariado a que, con el apoyo de la Oficina de Prensa de la Oficina de Administración de los Tribunales (OAT), divulgue el Proyecto de Reglas y el correspondiente Informe de Reglas. Además, para su discusión y estudio, convocamos una Sesión Especial que se celebrará el viernes, 7 de junio de 2019 en el Centro de Convenciones de Puerto Rico, la cual se regirá por la agenda siguiente:

**SESIÓN DE LA MAÑANA**

8:00am   Registro de Participantes y Personas Invitadas a la Sesión Especial del Tribunal Supremo

9:00am   Sesión de Apertura

9:15am   Presentación del Proyecto de Reglas de Procedimiento Criminal del Comité Asesor

10:30am  Receso

10:45am  Continuación de la Presentación del Comité Asesor

12:30pm  Almuerzo

**SESIÓN DE LA TARDE**

1:30pm   Manejo de preguntas del público

2:00pm   Configuración e inicio de Talleres Grupales

4:00pm   Receso

4:15pm   Conclusiones del Comité Asesor

4:50pm   Clausura

5:00pm   Cierre de la Sesión Especial del Tribunal Supremo

Acorde con esta agenda, el Comité Asesor discutirá los cambios fundamentales del Proyecto de Reglas y compartirá impresiones con este Tribunal para aclarar las dudas que surjan durante la presentación. Las preguntas del público se harán constar por escrito. La coordinación del recibo y la presentación de las preguntas del público invitado se delegan a la Lcda. Verónica N. Vélez Acevedo, Directora del Secretariado.

Con miras a garantizar una participación multisectorial de la comunidad jurídica durante la Sesión Especial, las personas asistentes se conformarán de la forma siguiente:

1. La OAT establecerá la metodología para la selección de los jueces y las juezas municipales y superiores del Tribunal de Primera Instancia, así como los jueces y las juezas del Tribunal de Apelaciones que participarán de la Sesión Especial. El proceso establecido garantizará una participación amplia de los y las miembros de la Judicatura con experiencia en asuntos penales, sin alterar la buena marcha del calendario de los casos pendientes.

2. La Secretaria de Justicia seleccionará cuarenta (40) fiscales y veinte (20) procuradores y procuradoras, ya sean de menores o de la Oficina del Procurador General.

3. El Director Ejecutivo de la Sociedad para Asistencia Legal seleccionará cuarenta (40) abogados y abogadas de la institución.

4. Los Presidentes de la Asociación de Abogados de Puerto Rico y del Colegio de Abogados y Abogadas de Puerto Rico seleccionarán, respectivamente, diez (10) abogados o abogadas de la práctica privada con experiencia en casos de naturaleza criminal.

5. Cada uno de los Decanos y la Decana de las escuelas o facultades de Derecho de Puerto Rico seleccionarán siete (7) profesores y profesoras que impartan cursos relacionados a Procedimiento Criminal y Derecho Penal.

La lista de las personas que asistirán a la Sesión Especial en representación de cada una de las dependencias o entidades antes mencionadas se notificará por vía oficial a la dirección electrónica del Secretariado siguiente: SecretariadoConferenciaJudicialyNotarial@ramajudicial.pr. A tales efectos, se les concede a la OAT y a las demás dependencias o entidades invitadas un término no mayor de quince (15) días calendario contados a partir de la notificación de esta Resolución.

Se coordinará con el Director Administrativo de los Tribunales, Hon. Sigfrido Steidel Figueroa, para que provea el apoyo de personal y recursos que fueren necesarios para la celebración de la Sesión Especial aquí convocada. Se instruye a la licenciada Vélez Acevedo, Directora del Secretariado, a realizar todas las gestiones y trabajos de coordinación requeridos para esta Sesión Especial. De igual modo, se instruye al Lcdo. José Ignacio Campos Pérez, Secretario del Tribunal Supremo, a brindar la colaboración necesaria para la celebración del evento.

A los fines de aumentar el acceso de la comunidad a la presentación y discusión de este importante proyecto, autorizamos a los medios de comunicación a transmitir la Sesión Especial. Se delega al Sr. Daniel Rodríguez León, Director de

la Oficina de Prensa de la OAT, la organización de todo lo relacionado a la cobertura electrónica de esta Sesión Especial.

Por último, se le encomienda al Comité Asesor a presentar oportunamente un Proyecto de Reglas enmendado, el cual considere lo discutido en la Sesión Especial aquí convocada. Acompañará esta propuesta revisada de un memorial explicativo que contextualice los cambios presentados como consecuencia del insumo de los Talleres Grupales. En el descargue de esta encomienda, el Comité Asesor contará con el apoyo técnico y jurídico del Secretariado.

Notifíquese a los y las miembros del Comité Asesor; al Director Administrativo de los Tribunales; a la Directora del Secretariado; al Director de la Oficina de Prensa; a la Secretaria de Justicia; al Director Ejecutivo de la Sociedad para Asistencia Legal; a los Presidentes de la Asociación de Abogados de Puerto Rico y del Colegio de Abogados y Abogadas de Puerto Rico, y a los Decanos y la Decana de las escuelas y facultades de Derecho de Puerto Rico.

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.


José Ignacio Campos Pérez
Secretario del Tribunal Supremo